# ●RECEIVED

JUL 2 3 2020

PAUL D. BORMAN
U.S. DISTRICT JUDGE

United States District Court
Eastern District of Michigan

United States of American

Vs.

D-1 Constantine Xethalis
Defendant

2:19-CR-20168

-4205(g)

## Motion for Early Release

Now comes the defendant, Constantine Xethalis, and moves this Honorable Court, Justice Borman, pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) and the First Step Act to reduce his sentence of Forty (40) months to time served and order his immediate release.

As grounds therefore, Defendant Asserts that:

1) He has exhusted his administrative remedies (see attached Exhibit A)

2) Extraordinary and compelling reasons (which were previously unknown) exist justifying the reduction to wit;
   a) Defendant Suffers from: High blood pressure, and type 1 diabetes (refer to Exhibit B);
   B) Defendant is serving his charge for drug offense and NON-violent;
   C) Has been incercerated for 15 months (without good time) of his 40 month sentence;

D) Should defendant contract Covid-19, his likely outcome is Death;

E) Defendants odds of contracting the Covid-19 infection is Dramatically increased in a prison setting; especially since FMC Devens (his place of confinement) as of June 3rd, 2020 has over 50 new positive tests for Covid-19;

F) FMC Devens is inconsistant with Defendant insulin hours, No stringent diet requirements and lack of proper menu items to statisfy his medical needs;

Wherefore Defendant prays this Honorable Court to:

1) Pursuant to general order 20-17 (April 22, 2020) Appoint him counsel; and

2) Grant this Motion for Reduction of Sentance (RIS) and put forth order for Immediate Release of Defendant Constantine Xethalis.

Respectfully Submitted,

X _____

Constantine Xethalis
Reg# 57365-039
FMC DEVENS
P.O. Box 879
AYER, MA 01432



United States Government
# MEMORANDUM
Federal Medical Center, Devens
Ayer, Massachusetts

## NOTIFICATION TO THE FMC INMATE POPULATION

DATE:           June 4, 2020

REPLY TO              /s/
ATTENTION OF:   K. ELRAHEB, ACTING WARDEN

SUBJECT:        Modified UPDATE

- To Date FMC Devens has 53 inmates which have tested positive with COVID-19.

- Housing units G-B, H-A, H-B, P-2 and P-3, will have access to tru-lincs and the phones in the units. We will continue to utilize every other phone in the units to maintain social distancing. The units will be open from 8:00 am to 4:00 pm. Inmates will have access to the showers during this time frame.

- Inmate work details who are housed in H-A will be permitted to shower, use the phone/tru-lincs and television rooms after the 4:00 pm count clears until 8:00 pm. Only those inmates are authorized out during that time.

- Housing units J-A, J-B, will have access to tru-lincs, phones, and TV's, however, these units will be allowed out on an upper/lower tier schedule. Half of the units will be allowed out in the morning and the other half in the afternoon. In between this time frame, inmate orderlies need to sanitize all areas within the unit to ensure we are doing our best to curb the spread of the Corona Virus.

- Inmates at the CAMP will remain confined to their quarters absent feeding times and work responsibilities.

- Wearing a mask is REQUIRED and non-negotiable. If you are caught not wearing a mask an incident report will be issued.

- Please continue to do the right thing by washing your hands, and practicing social distance with each other. All high touched areas such as computers and phones should be cleaned after each use.

Thank you for your continued support during this national crisis. We are not through this yet so don't get complacent.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | XETHALIS, CONSTANTINEQ | | Reg #: | 57365-039 |
| Date of Birth: | ~~09/13/1988~~ | Sex: M  Race: WHITE | Facility: | MIL |
| Encounter Date: | 06/18/2019 08:35 | Provider: Weaver, Sarah NP | Unit: | D03 |

Mid Level Provider - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**   **Provider:** Weaver, Sarah NP
**Chief Complaint:** Other Problem
**Subjective:** Presents to health services after responding to an insulin reaction in West unit. Patient was unable to get out of the bed. CO at room door, states "I had to help him off the top bunk". Patient has recently had elevated blood sugar levels and insulin for last night was increased by 20%. Patient states that he did not eat breakfast because he was having a reaction and unable to get out of bed. Patient was brought to health services "yelling". Blood sugar was 52, following the administration of two tubes of glucose. Unable to initially locate glucometer. Patient was then given glucagon. Patient was tearful, however, alert. Denies any other complaints. Patient allergies reviewed and updates applied during this visit if indicated. See Chart: Allergies for most recent patient allergy list.
**Pain:** Not Applicable

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/18/2019 | 08:41 MIL | 84 | | | Weaver, Sarah NP |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/18/2019 | 08:41 MIL | 18 | Weaver, Sarah NP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/18/2019 | 08:41 MIL | 136/77 | | | | Weaver, Sarah NP |

**Blood Glucose:**

| Date | Time | Value (mg/dl) | Type | Regular Insulin | Provider |
|---|---|---|---|---|---|
| 06/18/2019 | 08:42 MIL | 102 | Random | | Weaver, Sarah NP |
| 06/18/2019 | 08:41 MIL | 52 | Fasting | | Weaver, Sarah NP |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/18/2019 | 08:41 MIL | 99 | | Weaver, Sarah NP |

**Exam:**
  **General**
    **Affect**
      Yes: Cooperative
    **Appearance**
      Yes: Appears Distressed
  **Pulmonary**
    **Auscultation**
      Yes: Clear to Auscultation

*(Watermark: See Amendment)*

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | XETHALIS, CONSTANTINE | | | Reg #: | 57365-039 |
| Date of Birth: | ~~09/10/1969~~ | Sex: M | Race: WHITE | Facility: | DEV |
| Encounter Date: | 03/19/2020 10:32 | Provider: | Ruze, P. MD | Unit: | H01 |

Chronic Care - 14 Day Physician Eval encounter performed at Housing Unit.

**SUBJECTIVE:**

    **COMPLAINT 1**    **Provider:** Ruze, P. MD
    **Chief Complaint:** Chronic Care Clinic
    **Subjective:** 50 y/o WM MCL 3 with PRD 01/15/2022 here for 14 day chronic care with
1) DM type 1: since 1972, was using Lantus and short-acting insulin on the outside. Has had difficulty managing his diabetes in house given diet and exercise changes; these have been further exacerbated by the coronavirus precautions affecting the timing of insulin lines. He states he has been unable to get any commissary as well. Notes that his sugars have been low, especially around noon. He has used 6 glucose tabs in the past 7 days.
2. HTN: dx'd in 2007, compliant with meds
3. Hyperlipidemia: on atorvastatin
4. s/p MVA in 2012 resulting s/p open craniotomy resulting in depressive sx and R eye enlarged pupil.
We reviewed his recent labs:
3/17/20
WBC 6.0 4.8-10.8 10^3/uL
RBC 4.86 4.70-6.10 10^6/uL
Hemoglobin 14.5 14.0-18.0 g/dL
Hematocrit 43.4 42.0-52.0 %
MCV 89.4 80.0-94.0 fL
MCH 29.8 27.0-31.0 pg
MCHC 33.4 32.0-36.0 g/dL
RDW 11.6 11.5-15.5 %
Platelet 377 130-400 10^3/uL
HbAIC 9.5%
TSH 2.3
lipid profil excellent with LDL of 46
glucose 67
Hep B non immune
Per MAR has been mostly attending insulin line--however this has been somewhat in flux given the coronavirus protocols and administering meds on the unit.

    **Pain:** No

**Seen for clinic(s):** Diabetes, Endocrine/Lipid, Hypertension

**ROS:**
  **General**
    **Constitutional Symptoms**
      No: Anorexia, Chills, Easily Tired, Fatigue, Fever
  **Cardiovascular**
    **General**
      No: Angina, Cold Extremities, Cough, Cyanosis, Edema, Exertional dyspnea
  **Pulmonary**
    **Respiratory System**
      No: Cough - Dry, DOE, Dyspnea

**OBJECTIVE:**

**Exam:**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: XETHALIS, CONSTANTINE | | Reg #: | 57365-039 |
| Date of Birth: 09~~/~~ | Sex: M  Race: WHITE | Facility: | DEV |
| Encounter Date: 05/01/2020 11:47 | Provider: Ruze, P. MD | Unit: | H01 |

Physician - Follow up Visit encounter performed at Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1**    **Provider:** Ruze, P. MD
  **Chief Complaint:** DIABETIC
  **Subjective:** Mr. Xethalis is seen today on his housing unit due to COVID 19 precautions. I asked to see him to follow up on his sugar control I noted that he has had low sugars on 4/21/20. Together we reviewed his BSL log from flow sheets and he advised me regarding his own FSBS testing. His sugars have been erratic which he attributes to the brittle nature of his diabetes as well as to limited exercise; high carbohydrate meals and stress. He had the following suggestions about control which I think are excellent:
  1) change noon snack to AM snack. He states he gets low around 10AM and should eat; he generally doesn't need the snack given out at noon, since dinner is soon to follow.
  2) add 2 units standing order insulin before lunch

  He generally feels well and is generally doing fine.
  **Pain:** No

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/01/2020 | 11:52 DEV | 98.2 | 36.8 | Oral | Ruze, P. MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/01/2020 | 11:52 DEV | 80 | | | Ruze, P. MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/01/2020 | 11:52 DEV | 12 | Ruze, P. MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/01/2020 | 11:52 DEV | 110/60 | Left Arm | Sitting | | Ruze, P. MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 05/01/2020 | 11:52 DEV | 98 | | Ruze, P. MD |

**Exam Comments**
  Appears well; lungs clear; Cor RRR

**ASSESSMENT:**

Type 1 diabetes mellitus, E109 - Current

Unspecified disorder of eye and adnexa, H579 - Current

C KETTRELLS
57365039
PMC Devens
PO Box 879
Ayer, MA 01432

JUDGE BOATMAN
THEODORE LEVIN UNITED STATE COURT HOUSE
231 WEST LAFAYETTE BOULEVARD 5TH FLOOR
DETROIT MICHIGAN 48226

7/30/20



DATE: _____
THE ENCLOSED LETTER WAS PROCESSED THROUGH
SPECIAL MAILING PROCEDURES FORWARDING TO
YOU. THE LETTER HAS NEITHER BEEN OPENED NOR
INSPECTED. IF THE WRITER RAISES A QUESTION OR
PROBLEM OVER WHICH THIS FACILITY HAS
JUSTIFICATION, YOU MAY WISH TO RETURN THE
MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION.
IF THE WRITER ENCLOSES CORRESPONDENCE FOR
FORWARDING TO ANOTHER ADDRESSEE, PLEASE
RETURN THE ENCLOSURE TO:
DEVENS FEDERAL MEDICAL CENTER
P.O. BOX 880
AYER, MA. 01432