## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,            Criminal No. 19-20168

        Plaintiff,            Honorable Paul D. Borman

vs.

CONSTANTINE XETHALIS,

        Defendant.
_____/

## RESPONSE AND OPPOSITION TO
## MOTION FOR COMPASSIONATE RELEASE

## INDEX

Exhibit A:  Relevant BOP Medical Records (pages numbered 1-97) (filed under seal)